UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRED J. TURNER,
     Petitioner,

vs.                                  Case No.:  3:20cv5792/LAC/EMT

WARDEN JOSPEH,
     Respondent.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on March 10, 2021 (ECF No. 25).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 25) is adopted and incorporated by reference in this order.

2.     Respondent's Motion to Dismiss for Lack of Jurisdiction (ECF No. 20) is **GRANTED** and the Amended Petition (ECF No. 9) is **DISMISSED** for lack of jurisdiction.

3.     The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 1st day of April, 2021.

      s/*L.A. Collier*

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.:  3:20cv5792/LAC/EMT